# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  09-cv-01358-WDM-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:  March 2, 2011** | Courtroom Deputy:  Linda Kahoe |

PAM McCROSKEY,                                             Andrea L. Blanscet

     Plaintiff,

     v.

ALLSTATE INSURANCE COMPANY,                   Richard Alan Orona
                                                                          Rita L. Booker

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:       9:19 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiff's Emergency Motion for Protective Order, doc #[36], filed 2/14/2011, and Defendant Allstate Insurance Company's Response to Plaintiff's Emergency Motion for Protective Order, doc #[41], filed 2/25/2011.  Counsel make no additional arguments. The court states that the filing of the Motion does not comply with its practice standards

*For the reasons as stated on the record, it is:*

**ORDERED:**  Plaintiff's Emergency Motion for Protective Order, doc #[36], **GRANTED IN PART AND DENIED IN PART**.  Defense counsel may not have any involuntary *ex parte* communications with Mr. Moore.  Mr. Moore must be advised that communications are purely voluntary. To the extent that Mr. Orona or Defense counsel has any contact with Mr. Moore, they must, in all respects, protect the attorney/client privilege and they may not seek to obtain any communication between Mr. Moore and Plaintiff's counsel that are otherwise protected.

>Interviews must be purely voluntary and witnesses must be advised that they are not required to meet with either side if they choose not to. To the extent that Mr. Orona or Defense counsel confers with Mr. Moore in his capacity as a fact witness, those discussions may not seek to elicit any privileged communication, and Mr. Moore must be advised at the outset of the interview that he may not and should not divulge any communications that he has had with Plaintiff's counsel.
>
>The court will not impose any other sanctions.

HEARING CONCLUDED.

**Court in recess**:     9:25 a.m.
Total time in court:    00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.