IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Laura Galera          Date: March 9, 2011
Court Reporter:    Gwen Daniel

**Civil Action No. 09-cv-01358-WDM**

Parties:                                Counsel:

PAM MCCROSKEY,                          Andrea L. Blanscet
                                        Steve Barrett

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,             Richard Orona
                                        Rita Booker

    Defendant.

## COURTROOM MINUTES

Hearing: Trial Preparation Conference

**2:07 p.m.    Court in session**.

Appearances of counsel.

The parties confirm that the matter will proceed to trial.

Jury trial is scheduled to commence on **Monday, March 21, 2011, at 8:30 a.m.**

Court and counsel anticipate the trial will last approximately five days.

The Court advises counsel on procedure for jury selection, *voir dire,* and opening statement.

Court and counsel discuss witnesses.

Plaintiff objects to defendant's rebuttal witness Mr. Collins.

**The parties stipulated Exhibits 1, 2, 3 and 4 are admitted into evidence.**

Plaintiff confesses Defendant's Motion in Limine Re: Plaintiff's Exhibit 39 [48].

Argument regarding pending motions.

**It was ORDERED**:

    1.    Defendant's Reply to Plaintiff's Response to Defendant Allstate Insurance Company's Motion for Determination of Law [35] is due by **March 11, 2011 at 5:00 p.m.**

    2.    Parties must submit a joint exhibit list.

    3.    Defendant's Motion in Limine Re: Plaintiff's Exhibit 39 [48] is **GRANTED.**

    4.    Defendant to file a copy of the Downey report and its Rule 26 disclosures of that expert and a brief, written proffer as to the testimony of potential witnesses Arthur H. Downey and Ernie Martinez **by March 11, 2011 at 5:00 p.m.**

    5.    Plaintiff's Motion in Limine to Exclude Personal Opinions Regarding Plaintiff or Her Motive in Filing Suit [56] is **DENIED WITHOUT PREJUDICE**.

    6.    A Final Pretrial Conference is set **March 17, 2011 at 1:30 p.m.** Parties are to appear by telephone.

**Court reserves ruling on:**

    1.    Plaintiff's Motion in Limine to Exclude Documents Related to Complaint to and Response From Colorado Division of Insurance [53].

    2.    Plaintiff's Motion to Exclude Expert Testimony of Arthur H. Downey, Esq. Pursuant to Rule 702 [54].

    3.    Plaintiff's Motion to Exclude Testimony of Undisclosed Expert Opinions [55].

    4.    Plaintiff's Motion to Exclude Testimony of James Poggio [57].

**3:00 p.m.    Court in recess.**
Total in-court time: 0:53 minutes
Hearing concluded.