IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.      09-cv-01358-WDM-CBS

PAM MCCROSKEY,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

_____

**ORDER**
_____

This matter is before me on Plaintiff's Motion to Exclude Testimony of Undisclosed Expert Opinions (ECF No. 55). Defendant has responded and pursuant to my instructions has filed a proffer of witness Martinez's testimony. The Final Pretrial Order (ECF No. 27) summarizes the intended testimony of Martinez as follows:

> Mr. Martinez inspected the damages to the subject property and reviewed Allstate's initial estimate for damages, and may be called to testify regarding all relevant information which he has regarding such.

*Id.* at 10.

Although Plaintiff's motion is made in generalities, it is plainly focused on witness Martinez's testimony. As proffered and as described in the Final Pretrial Order, he will provide direct evidence of his own role and experience in the matters at issue pursuant to Fed. R. Evid. R. 401 and 402. The fact that he apparently rendered an opinion that the previous estimate was appropriate is a testimonial fact, not an opinion pursuant to

Fed. R. Evid. R. 702 and pretrial disclosure pursuant to Fed. R. Civ. P. 26 was not required. Accordingly, Plaintiff's Motion to Exclude Testimony of Undisclosed Expert Opinions is denied.

DATED at Denver, Colorado on March 16, 2011

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge