IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Courtroom Deputy: Laura Galera  Date: March 17, 2011
Court Reporter:     Paul Zuckerman

**Civil Action No. 09-cv-01358-WDM**

Parties:                                                          Counsel:

PAM MCCROSKEY,                                   Andrea L. Blanscet (by phone)

     Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,          Richard Orona (by phone)
                                                               Rita Booker (by phone)

     Defendant.

## COURTROOM MINUTES

Hearing: Final Pretrial Conference

**1:34 p.m.     Court in session**.

Appearances of counsel.

Opening remarks by the Court.

Neither plaintiff nor defendant has objections to the jury instructions.

Court instructs the parties to tender simple verdict forms.

Court will not give an introductory instruction.

Defendant addresses the Court regarding Plaintiff's Motion to Exclude Expert Testimony of Arthur H. Downey, Esq. Pursuant to Rule 702 [54].

Court advises parties regarding courtroom procedure.

Parties address the Court regarding the deposition of witness James Poggio.

**It is ORDERED:**

1. Defendant Allstate Insurance Company's Motion for Determination of Law [35] is **GRANTED.**

2. Plaintiff's Motion in Limine to Exclude Documents Related to Complaint to and Response from Colorado Division of Insurance [53] is **GRANTED WITHOUT PREJUDICE AS FAR AS IMPEACHMENT OR PRIOR STATEMENTS OF PLAINTIFF.**

3. Plaintiff's Motion to Exclude Expert Testimony of Arthur H. Downey, Esq. Pursuant to Rule 702 [54] **is DENIED**. If properly qualified, the witness will be permitted to testify as an expert in a specifically defined topic. However, he may not testify as to whether or not the plaintiff's case meets a certain legal standard. This specific witness to be tendered outside the presence of the jury to determine if he is qualified as an expert to testify.

**2:01 p.m.    Court in recess.**
Total in-court time: 0:27 minutes
Hearing concluded.