IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.: 09-cv-01358-WDM-CBS

PAM MCCROSKEY,

    Plaintiff,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

DATED at Denver, Colorado this 29th day of March, 2011.

BY THE COURT:

_____
Walker D. Miller, Senior Judge

_____
Counsel for Plaintiff

_____
Counsel for Defendant