IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.     09-cv-01358-WDM-CBS

PAM MCCROSKEY,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____

**ORDER**
_____

    This matter is before me following trial to a jury of seven on Plaintiff's claim for breach of insurance contract (Third Claim for Relief) and Bad Faith Breach of Insurance Contract (Fourth Claim for Relief).  The jury returned a verdict in favor of the Defendant and against the Plaintiff.  The final pretrial order (ECF No. 27) does not include a claim by Plaintiff for declaratory relief (First Claim for Relief).  Immediately prior to trial I ruled that, as presented, plaintiff's Second Claim for Relief pursuant to CRS § 10-3-116 would not be submitted to the jury because the statute did not have retrospective application to cover Plaintiff's preexisting claim. This ruling was without prejudice to submit the claim to the jury if sufficient evidence was presented at trial to permit the application of the statute to events occurring after its effective date.  Plaintiff did not seek the inclusion of the claim when submitting the final instructions to the jury after all evidence had been presented.  Under these circumstances I find and conclude that the Plaintiff has abandoned the First and Second Claims for Relief under its complaint.

Accordingly, it is ordered that Plaintiff's First and Second Claims for Relief set forth in her complaint are dismissed with prejudice.

DATED at Denver, Colorado on March 30, 2011

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge